UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARNELL J. NELSON,

    Plaintiff,

    v.

JOHN W. SNOW, Secretary of the Treasury,

    Defendant.

Case No. C04-0349L

ORDER DENYING MOTION
FOR RECONSIDERATION

This matter comes before the Court on plaintiff's motion for reconsideration of the Court's order denying his motion to compel defendant to make initial disclosures. The Court denied the motion as premature because the parties had not met and conferred as required.

Plaintiff references his letter of September 7, 2005 as an attempt to meet the requirements of Local Rule 37. The Court, however, explicitly considered that letter in its order, so it is not a new fact. Nor has plaintiff shown manifest error in the Court's finding that plaintiff's efforts did not satisfy the requirements of Local Rule 37. Plaintiff also argues that after the Court issued its order on his motion to compel, but before he was aware of the ruling, he filed a "rebuttal" to

ORDER DENYING MOTION
FOR RECONSIDERATION - 1

1  defendant's response.[1]  Plaintiff's untimely reply does not justify reconsideration of the Court's
2  order.
3         For the foregoing reasons, the Court DENIES plaintiff's motion for reconsideration.
4  (Dkt. #71).

           DATED this 29th day of November, 2005.


                                                  /s/ Robert S. Lasnik
                                                  Robert S. Lasnik
                                                  United States District Judge

---

[1] Plaintiff's rebuttal is dated November 9, 2005, more than three weeks after the October 14 noting date of the motion and more than two weeks after the Court's order denying that motion was posted.

ORDER DENYING MOTION
FOR RECONSIDERATION - 2